## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TODD J. WHITEHEAD, | ) | |
| (AIS # 287908) | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-0148-CG-B |
| | ) | |
| LOUIS BOYD, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action be **TRANSFERRED** to the United States District Court for the Middle District of Alabama. The clerk is directed to take the necessary steps to effect the transfer.

**DONE and ORDERED** this 5th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE